**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VIRGINIA VALENZUELA, | ) | NO. EDCV 12-1183 SS |
| Plaintiff, | ) ) | |
| | ) | **JUDGMENT** |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: July 11, 2013

                                                  /S/
                                              SUZANNE H. SEGAL
                                              UNITED STATES MAGISTRATE JUDGE